EUGENE CHIMBLO *v.* GERHARD HUTTER ET AL.

The amended petition by the defendants, Gerhard Hutter, Nance Hutter, Maximilian Hutter and Rudolf Hutter, for certification for appeal from the Appellate Court (AC 21858) is denied.

*Gerhard Hutter*, pro se, *Nance Hutter*, pro se, *Maximilian Hutter*, pro se, and *Rudolf Hutter*, pro se, in support of the amended petition.

Decided November 27, 2001